IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMERALD JOHNSON,<br>    Plaintiff,<br><br>v.<br><br>WORKERS COMPENSATION<br>APPEAL BOARD, *et al.*,<br>    Defendants. | CIVIL ACTION NO. 18-CV-3403 |

## ORDER

AND NOW, this 20th day of August, 2018, upon consideration of Plaintiff Emerald Johnson's Motion to Proceed *In Forma Pauperis* (ECF No. 1), his *pro se* Complaint (ECF No. 2), and his Motion for Appointment of an Attorney (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum. Johnson may not file an amended complaint because amendment would be futile.

3. The Motion for Appointment of Attorney is **DISMISSED as moot**.

4. The Clerk of Court shall **CLOSE** this case.

                                **BY THE COURT:**

                                **/s/ Cynthia M. Rufe**

                                **CYNTHIA M. RUFE, J.**

# INTERNAL MEMORANDUM

TO:          Judge Cynthia M. Rufe

FROM:      Miriam P. Silberstein, Pro Se Law Clerk

RE:          *Johnson v. Workers Compensation Appeal Bd.*
               Civil Action No. 18-3403

DATE:       August 20, 2018

      Attached is a proposed memorandum and order granting plaintiff leave to proceed *in forma pauperis*, dismissing the complaint because it fails to state a claim, and denying the motion for counsel. Please let me know if I can be of further assistance.


THIS MEMORANDUM CONSTITUTES CONFIDENTIAL COURT WORK PRODUCT. DO NOT PLACE IN THE PUBLIC REDWELD FILE.